UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DEBRA KELLER, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 3:19-cv-00177-RLY-MPB |
| REFERENCE SERVICES, INC., DAVID A. STINNETT, individually, and THE STINNETT FAMILY TRUST | ) |
| Defendants. | ) |

**STIPULATION AND ORDER OF DISMISSAL**

Come now the parties, Debra Keller, Plaintiff, and Reference Services, Inc., David A. Stinnett, individually, and The Stinnett Family Trust, Defendants, by their respective counsel, and stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint against Defendants, Reference Services, Inc., David A. Stinnett, individually, and The Stinnett Family Trust, with each party to pay their own attorney's fees and costs.

And the Court being duly advised in the premises, now GRANTS the same.

IT IS THEREUPON ORDERED, ADJUDGED AND DECREED by the Court that the Complaint filed against Defendants Reference Services, Inc., David A. Stinnett, individually, and The Stinnett Family Trust be, and the same is, hereby DISMISSED with prejudice, and with each party to pay their own attorney's fees and costs.

SO ORDERED this 9th day of February 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record